**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 441 EAL 2020
                                    :
           Respondent         :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court
            v.                   :
                                    :
                                    :
MARCUS R. JOHNSON,             :
                                    :
           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.